IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184 070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:14-CV-215-MEF |
| | ) |
| DR. DARBOUZE, *et al.*, | ) |
| | )   2:14-cv-584-WKW-WC |
| Defendants. | ) |

**ORDER**

On May 29, 2014, Plaintiff filed a document styled as "Complaint" and referenced the civil case number for the captioned action. A review of the pleading, however, reflects that Plaintiff complains about matters unrelated to the subject matter of this complaint. Accordingly, to the extent Plaintiff's May 29, 2014, pleading is appropriately considered a new complaint, the Clerk will be directed to open a new civil action and place a copy of the May 29, 2014, pleading (*Doc. No. 30*) in the newly opened case.

Accordingly, the Clerk is hereby DIRECTED to:

1. Open a new civil action for Plaintiff with a copy of Document Number 30 filed in the instant case;

2. Place a copy of this order in the newly opened civil action.

Done, this 10th day of June 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE