IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Gregory Lee #184070,
   Plaintiff,

v.

Dr. Darbouze, et.al.,
   Defendants

CIVIL ACTION NO:
2:14-CV-215-MEF
[WO]

2:14-cv-584-WKW-WC

## COMPLAINT

COME NOW the Plaintiff Gregory Lee #184070 in accordance with 42 U.S.C. §1983 complaint filed with the above case number do swear verify under the penalty of perjury that the foregoing facts are true and accurate to the best of my knowledge. On May 24, 2014 at 9:23 AM at the Health Care Unit officer Horsely along with COI Tew and COI Ivey sent me to HCU to be treated for pain and bleeding I was having. Upon arrival at the Health Care Unit I was seen by Nurse Fulpswood to be treated. She gave me

no body chart, took no temperature check, pulse or blood pressure check. She refused to look at the area that I was bleeding from being a certified Registered Nurse. She made no attempt to call Doctor Darbouze or an ambulance to have me treated. She refused to call the warden. She only said that she could only give me some Tylenol, take it or leave it.

---

1. To assist Plaintiff in amending his present complaint the COURT directed medical personnel at Easterling to furnish him with copies of his medical records including inmate sick call requests from February 6, 2014, until March 19, 2014, regarding the medical treatment rendered to him with respect to the conditions revelant to the claims raised in the instant action, i.e., broken left baby toe, swollen leg, "running puss" See Doc. No: 3, 4 and moves this most HONORABLE COURT to so ORDER the Defendant (RN) Nurse pulpwood to furnish this COURT with copies of the Emergency

sick call that was performed on May 24, 2014. She told me to sign the sick call log and I did so. She gave me two tylenols but I refused to take them. Nurse Pulpwood told COI Wilson to escort me from HCU. She said that it wasn't her job to check me out because she wasn't a doctor. I left the HCU in pain, bleeding without any help being given to me. They have violated my rights. They were hollering at me and cussing at me. The JUDGE told Warden Jones and R.N. Wilson to give me relevant medical records or copies of and they did not. I move this most HONORABLE COURT to ORDER a hearing to determine the facts in this case. Nurse Pulpwood told Capt. Lawson I was filling out un-necessary sick call slips and Captain Lawson threatened to lock me up.

x Gregory Lee #184670

DONE THIS 27TH day of May 2014.

Mr Gregory Lee # 184070
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE, DORM 3A
CLIO, ALABAMA 36017

[Postage mark: PITNEY BOWES $000.48⁰ MAY 28 2014, MAILED FROM ZIP CODE 36017, 0003179579]

OFFICE OF THE CLERK
ONE CHURCH STREET SUITE B-110
UNITED STATES DISTRICT COURT
MONTGOMERY, ALABAMA
36130

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."