IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEE, # 184070, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-584-WKW |
| | ) | |
| DR. DARBOUZE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 8, 2014, the Magistrate Judge filed a Recommendation in this case to which Plaintiff filed a timely objection. (Docs. # 8, 11.) Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon his initiation of this case.

DONE this 1st day of August, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE